**No. 44729.**—Protest 5413-K of A. L. Salomon & Co. (New York).

Opinion by DALLINGER, J. There was testimony that the article is used for perforating papers so that they may be placed in a so-called "Shannon" file. On the authority of Abstract 17431 the perforators in question were held not to be machines within the meaning of paragraph 372 and the protest was overruled. Abstracts 10088 and 29236 cited. *Simon* v. *United States* (8 Ct. Cust. Appls. 273, T. D. 37537) and Abstract 3762 distinguished.

BEFORE THE FIRST DIVISION, NOVEMBER 15, 1940

**No. 44730.**—Protest 525747-G of Adler & Rosenberg (New York).

Opinion by BROWN J. It was stipulated that the merchandise is wool hat bodies similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44731.**—Protests 57701-G, etc., of Lou I. Lubin, Inc., et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hat bodies similar to those the subject of *Cohn* v. *United States* (4° Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44732.**—Protests 583067-G, etc., of American Straw Goods Co. et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hoods and similar articles to those involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.